IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | 8:21CR247 |
| vs. | ) | |
| **NOLAN B. BALFOUR,** | ) | **ORDER** |
| Defendants | ) | |

This matter is before the court on defendant, Nolan B. Balfour's Unopposed Motion to Continue Trial [35]. The court has been advised that the co-defendant does not object to the continuance. Counsel requires additional time to resolve this matter short of trial. Accordingly:

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [35] is granted, as follows:

1. The jury trial, **for both defendants**, now set for September 27, 2022, is continued to **November 15, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED:** September 19, 2022

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge