IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR247 |
| | ) | |
| vs. | ) | |
| | ) | |
| NOLAN B. BALFOUR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant Nolan Balfour's Unopposed Motion to Continue Trial [59]. Counsel requires additional time to resolve this matter short of trial. The court has been informed co-defendant does not object to the motion. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [59] is granted, as follows:

1. The jury, **as to both defendants,** trial now set for April 4, 2023, is continued to **June 6, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 6, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without a request for hearing before the undersigned magistrate judge.**

DATED: March 27, 2023.

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**